**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TROY COLEMAN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-3599** |
| | : | |
| **KENNETH EASON, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 3rd day of August, 2026, upon consideration of the Motions to Dismiss filed by Defendants Superintendent Kenneth Eason, Security Captain Eason, Deputy of Security Aponte, Major Davies, and Inmate Employment Supervisor Novak (ECF No. 33), and Dr. Paul Gregory Little and John Nicholson (ECF No. 42), and Plaintiff Troy Coleman's Responses thereto (ECF No. 36, 51), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **UPDATE** the names of the following Defendants: change "Dr. Little" to "Dr. Paul Gregory Little" and change "Physician Assistant J. Nicholson" to "John Nicholson."

2. The Motions (ECF No. 33, 42) are **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

3. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, as follows:

   a. Any state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Coleman may bring these claims in the appropriate state court if he chooses to do so.[1]

---

[1] The Court expresses no opinion on the merits, or timeliness, of any such claims.

b. All remaining claims are **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

*/s/ John M. Gallagher*

**JOHN M. GALLAGHER, J.**